1010

Peter A. McCABE, as Trustee in Bankruptcy of BYRD COAL COMPANY, Inc., Bankrupt, Appellant, v. Robert GLADSTONE, Jr., Appellee, William F. May et al., Defendants.

No. 177.

Circuit Court of Appeals, Second Circuit.

Jan. 4, 1937.

Herman G. Robbins, of Brooklyn, N. Y. (William Shapiro, of Brooklyn, N. Y., on the brief), for appellant.

David Haar, of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.

Mary E. McGRATH v. Joseph AMELIANOVICH.

No. 6011.

Circuit Court of Appeals, Seventh Circuit.

Oct. 22, 1936.

Charles E. Loy, of Chicago, Ill., for appellant.

Freeman & Freeman, of Chicago, Ill., for appellee.

Before SPARKS, Circuit Judge.

PER CURIAM.

On consideration whereof it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed without costs to either party pursuant to the foregoing stipulation. It is further ordered that the mandate of this court in this cause issue forthwith.

Buell McKEEVER and Harriett McKeever v. COMMISSIONER OF INTERNAL REVENUE.

No. 6068.

Circuit Court of Appeals, Seventh Circuit.

Oct. 29, 1936.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for respondent, counsel for petitioner consenting thereto, it is now here ordered. and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals entered on December 28, 1934, be, and the same is hereby, dismissed.

M. Hampton MAGRUDER, Individually and as Collector of Internal Revenue for the District of Maryland, Appellant, v. MOUNT VERNON – WOODBERRY MILLS, Inc., a Corporation, Appellee.

No. 4131.

Circuit Court of Appeals, Fourth Circuit.

Nov. 16, 1936.

Bernard J. Flynn, U. S. Atty., of Baltimore, Md., for appellant.

Hunter H. Moss, of Baltimore, Md., for appellee.

PER CURIAM.

Case docketed and dismissed on motion of appellee.